UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:25-cv-00112 |
|---|---|---|---|

| Troy Edwin Nehls |
|---|
| *versus* |
| United States |

*United States Courts*
*Southern District of Texas*
**FILED**
MAY 08 2025
Nathan Ochsner, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kristin B. McGrory<br>U.S. Department of Justice, Civil Division, Torts Branch<br>Benjamin Franklin Station, P.O. Box 888<br>Washington, D.C. 20044<br>(202) 616-4206<br>MD Bar: 0512140251 |
|---|---|

| Name of party applicant seeks to appear for: | United States |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated:  5/7/2025 | Signed: | /s/Kristin B. McGrory |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 05/08/25 | Clerk's signature   *Disa McKinnie-Richardson* |

**Order**         This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                      United States District Judge